

JMB: USAO 2025R00135
TMS: 06/04/25

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.** JKB 25cr176 |
| | * | |
| **v.** | * | |
| | * | |
| **JACK AMADEUS LASOTA,** | * | **(Possession of Firearms and** |
| a/k/a "Andrea Phelps," | * | **Ammunition by a Fugitive from** |
| a/k/a "Ann Grimes," | * | **Justice, 18 U.S.C. § 922(g)(2);** |
| a/k/a "Anne Grimes," | * | **Forfeiture, 18 U.S.C. § 924(d), 21** |
| a/k/a "Canaris," | * | **U.S.C. § 853(p), 28 U.S.C. § 2461(c))** |
| a/k/a "Julia Lasota," and | * | |
| a/k/a "Ziz," | * | |
| | * | |
| **Defendant.** | * | |
| | ******* | |

## INDICTMENT

### COUNT ONE
### (Possession of Firearms and Ammunition by a Fugitive from Justice)

The Grand Jury for the District of Maryland charges that:

On or about February 16, 2025, in the District of Maryland, the Defendant,

**JACK AMADEUS LASOTA**,
a/k/a "Andrea Phelps,"
a/k/a "Ann Grimes,"
a/k/a "Anne Grimes,"
a/k/a "Canaris,"
a/k/a "Julia Lasota," and
a/k/a "Ziz,"

being a fugitive from justice, and knowing that he was a fugitive from justice, did knowingly

possess firearms and ammunition, to wit: (1) a black scoped GM6 LYNX .50 caliber rifle, bearing

serial number HL386; (2) a black HS Produkt, model Hellcat, 9x19mm handgun bearing serial

number BE214711; (3) approximately four hundred and ten rounds of Poongsan Defense .50

caliber ammunition; (4) approximately ten rounds of Hornady .50 caliber ammunition; (5)

approximately thirty-nine rounds of 9x19mm Luger Remington ammunition; and (6) approximately fifteen rounds of 9x19mm Luger Winchester ammunition; and the firearms and ammunition were in and affecting commerce.

18 U.S.C. § 922(g)(2)

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1.    Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the Defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 924(d), 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c), in the event of the Defendant's conviction under Count One of this Indictment.

### Firearms and Ammunition Forfeiture

2.    Upon conviction of the offense alleged in Count One of this Indictment, the Defendant,

**JACK AMADEUS LASOTA**,
**a/k/a "Andrea Phelps,"**
**a/k/a "Ann Grimes,"**
**a/k/a "Anne Grimes,"**
**a/k/a "Canaris,"**
**a/k/a "Julia Lasota," and**
**a/k/a "Ziz,"**

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the offense, including, but not limited to: (1) a black scoped GM6 LYNX .50 caliber rifle, bearing serial number HL386; (2) a black HS Produkt, model Hellcat, 9x19mm handgun bearing serial number BE214711; (3) approximately four hundred and ten rounds of Poongsan Defense .50 caliber ammunition; (4) approximately ten rounds of Hornady .50 caliber ammunition; (5) approximately thirty-nine rounds of 9x19mm Luger Remington ammunition; and (6) approximately fifteen rounds of 9x19mm Luger Winchester ammunition.

### Substitute Assets

3.    If, as a result of any act or omission of the Defendant, any of the property described above as being subject to forfeiture:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third person;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property up to the value of the forfeitable property described above pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

18 U.S.C. § 924(d)
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

Kelly O. Hayes /JMB

Kelly O. Hayes
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**
Foreperson

$\frac{6/18/25}{\text{Date}}$