IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES** | * | |
| | * | |
| v. | * | Case No.:   JKB 25-0176 |
| | * | |
| **ZIZ LASOTA** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

*Handwritten annotation:* ORDER The Government shall respond on or before Nov. 19, 2025. /s/ JB Nov. 12, 2025

## MOTION FOR SPEEDY TRIAL

Defendant, Ziz LaSota ("Ms. LaSota")[1], by and through undersigned counsel pursuant to the Sixth Amendment, and 18 U.S.C. § 3161 *et seq.* hereby moves this Honorable Court for a Speedy Trial. In support of this Motion, Ms. LaSota states as follows:

1. The Government charged Ms. LaSota by Indictment on June 18, 2025. ECF 1. On August 6, 2025 the undersigned was appointed. ECF 2. Since then, nothing has happened. Ms. LaSota has not had an initial appearance. This is despite the fact that the Government has, at all times, known where to find Ms. LaSota. She has been, and continues to be, incarcerated at the Allegany County Detention Center. Inmates are routinely transported from Allegany to the United States District Court for the District of Maryland for Court appearances.

2. Title 18 U.S.C. 3161(c)(1) states that:

> In any case in which a plea of not guilty is entered, the trial of a defendant charged in an information or indictment with the commission of an offense shall commence within seventy days from the filing date (and making public) of the

---

[1] In the indictment the Government uses Defendant's "deadname" of Jack LaSota. See https://www.usatoday.com/story/news/2024/03/11/what-is-deadnaming/72570856007/. The Government also doubles down on offensively labeling Ms. LaSota by using male pronouns such as "he was a fugitive from justice." It is well known, and widely reported, that Ms. LaSota is transgender.

1

information or indictment, or *from the date the defendant has appeared before a judicial officer of the court in which such charge is pending, whichever date last occurs*. If a defendant consents in writing to be tried before a magistrate judge on a complaint, the trial shall commence within seventy days from the date of such consent.

18 U.S.C. § 3161(c)(1) (emphasis added). The Government is, in effect, thwarting this right. Had Ms. LaSota promptly appeared before this Court, the 70 days mandated by the Speedy Trial Act would have already long since passed. Over the past five (5) months Government counsel have done nothing to ensure that Ms. LaSota appears before a judicial officer. The undersigned has received no discovery.[2] The undersigned called one of the Government's counsel on October 31, 2025 asking to discuss the case; almost two (2) weeks later, no return call has been made.

**WHEREFORE**, for the foregoing reasons and any others that may become apparent to the Court, Ms. LaSota requests a Speedy Trial.

Dated:       November 12, 2025.

Respectfully submitted,

/s/

**Gary E. Proctor**
Bar Roll Number 27936
Law Offices of Gary E. Proctor, LLC
233 E. Redwood St., Suite 1000C
Baltimore, Maryland 21202
Tel:   410.444.1500
Fax:   443.836.9162
Email: garyeproctor@gmail.com

*Counsel for Ms. LaSota*

---

[2] Counsel asked the Government for discovery during a call with its counsel on August 6, 2025, but was told the Government would not be furnishing discovery until mandated to. Under Standing Order 20-01, deadlines are imposed upon the Government for the production of discovery. In tarrying Ms. LaSota's Initial Appearance, the Government has ensured that discovery has not been furnished.

2

## CERTIFICATE OF SERVICE

I hereby certify that on this day, November 12, 2025, a copy of the foregoing was served on all parties via ECF.

/s/

Gary E. Proctor