IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**JACK AMADEUS LASOTA,**<br>   a/k/a "Andrea Phelps,"<br>   a/k/a "Ann Grimes,"<br>   a/k/a "Anne Grimes,"<br>   a/k/a "Canaris,"<br>   a/k/a "Julia Lasota," and<br>   a/k/a "Ziz,"<br><br>   **Defendant** | **CRIMINAL No. JKB-25-CR-176** |

## ORDER

Upon review of the briefing of the parties, it is hereby **ORDERED** this _____ day of November, 2025, that the Defendant's motion for a speedy trial (ECF No. 6) is hereby **DENIED**.

**SO ORDERED.**

_____
Honorable James K. Bredar
Senior United States District Judge