AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Maryland



| | |
|---|---|
| United States of America<br>v.<br>JACK AMADEUS LASOTA,<br>a/k/a "Andrea Phelps," a/k/a "Ann Grimes,"<br>a/k/a "Anne Grimes," a/k/a "Canaris,"<br>a/k/a "Julia Lasota," and a/k/a "Ziz,"<br><br>*Defendant* | Case No. JKB 25cr176<br><br>HD<br>Rcv'd by: AV |

USDC- BALTIMORE
'25 NOV 26 AM 10:33

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   JACK AMADEUS LASOTA ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Possession of Firearms and Ammunition by a Fugitive from Justice in violation of 18 U.S.C. § 922(g)(2)


Date: June 18, 2025

*Issuing officer's signature*

City and state:   Baltimore, Maryland               Hon. Charles D. Austin, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 11/28/25 , and the person was arrested on *(date)* 11/24/25
at *(city and state)*                                      .

Date: 11/29/25

*Arresting officer's signature*

B. Corriveau DUSM
*Printed name and title*