IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JACK AMADEUS LASOTA,<br>   a/k/a "Andrea Phelps,"<br>   a/k/a "Ann Grimes,"<br>   a/k/a "Anne Grimes,"<br>   a/k/a "Canaris,"<br>   a/k/a "Julia Lasota," and<br>   a/k/a "Ziz,"<br><br>        Defendant. | CRIMINAL No. JKB-25-CR-176 |

## ORDER

Upon consideration of the Government's Consent Motion to Exclude Time Pursuant to the Speedy Trial Act, the Court finds as follows:

The Government has produced substantial discovery, and the parties may soon discuss possible case dispositions. However, tolling speedy trial time from **December 2, 2025** through the status conference of **December 17, 2025** would be beneficial for all parties. Such tolling would serve the ends of justice because it would allow the parties to review discovery, prepare for trial, and potentially discuss a mutually acceptable disposition that would preserve judicial resources that might otherwise be expended in a trial. Counsel for the Defendant consents to the Government's motion.

The circumstances of this case permit such a delay and an exclusion of time during this period. Periods of delay that extend the time within which trial should commence include delays granted by the Court on the basis of a finding that the *ends of justice* served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

Therefore, it is hereby **ORDERED** pursuant to 18 U.S.C. § 3161(h), that the period from **December 2, 2025** through **December 17, 2025**, shall be excluded from computation under the Speedy Trial Act.

_____  12/3/25
The Honorable James K. Bredar
Senior United States District Judge