IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES** | * | |
| | * | |
| v. | * | Case No.:   JKB 25-0176 |
| | * | |
| **ZIZ LASOTA** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### CONSENT MOTION TO CONTINUE MOTIONS DEADLINE

Defendant, Ziz LaSota ("Ms. LaSota"), by and through undersigned counsel and hereby moves to continue the Motions Deadline, currently set for December 15, 2025. In support of this Motion, Ms. LaSota states as follows:

1. At Defendant's initial appearance in this matter, counsel was informed that Motions are due on December 15, 2025.  ECF 19 at page 20.

2. The Court will hold a call with counsel with regard to scheduling on December 17, 2025.  ECF 20.

3. At this time, discovery is ongoing.  As such, counsel requests that the motion deadline currently set for December 15, 2025 be continued.  Counsel will be prepared to discuss with the Court a revised deadline during the December 17th call.

4. Government counsel, Jared Beim, has authorized defense counsel to state that the Government does not oppose this request.

1

**WHEREFORE**, for the foregoing reasons and any others that may become apparent to the Court, Ms. LaSota requests that the Court continue the motions deadline.

Dated:  December 11, 2025.

                Respectfully submitted,

                   /**s**/

                **Gary E. Proctor**
                Bar Roll Number 27936
                Law Offices of Gary E. Proctor, LLC
                233 E. Redwood St., Suite 1000C
                Baltimore, Maryland 21202
                Tel: 410.444.1500
                Fax: 443.836.9162
                Email: garyeproctor@gmail.com

                *Counsel for Ms. LaSota*

## CERTIFICATE OF SERVICE

I hereby certify that on this day, December 11, 2025, a copy of the foregoing was served on all parties via ECF.

                  _____/s/_____

                    Gary E. Proctor