IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIM. NO. JKB-25-00176 |
| JACK LASOTA, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## SCHEDULING ORDER

Pursuant to a scheduling conference held on December 17, 2025, the Court sets in the following dates and deadlines for further proceedings in this case:

| | |
|---|---|
| February 2, 2026 | Deadline for Defendant to file pretrial motions. |
| February 16, 2026 | Deadline for the Government's response to Defendant's pretrial motions. |
| February 23, 2026 | Deadline for Defendant's replies to the Government's response to pretrial motions. |
| **March 12, 2026, 10:00 a.m.** | **Pretrial Motions Hearing**, Courtroom 5A. Defendant is required to be present. |
| April 7, 2026 | Deadline for the Government to produce Jencks Act material. |
| April 14, 2026 | Deadline for filing motions *in limine*. |
| | Deadline for receipt in chambers of proposed voir dire, proposed preliminary instructions, proposed jury instructions, and a proposed jury verdict form; **these are to be filed electronically and must also be submitted via e-mail in Microsoft Word format to chambers:** MDD_JKBChambers@mdd.uscourts.gov. |
| | Government and defense counsel shall meet and confer with respect to the above documents and to the **fullest extent possible** make a **joint submission**. Counsel shall identify any matters of disagreement through supplemental filings. The most recent revisions of the Court's standard voir dire and jury |

instructions in criminal cases are available to the parties upon request to chambers.

| | |
|---|---|
| April 17, 2026 | Deadline for filing responses to motions *in limine*. |
| **April 21, 2026, 10:00 a.m.** | **Pretrial Conference**, Courtroom 5A. Defendant must be present. |
| **May 4, 2026, 9:30 a.m.** | **Begin Jury Trial**, Courtroom 5A, scheduled for 2 weeks. The Court will not sit on Fridays. |

Counsel shall appear in court at 9:15 a.m. on the first day of trial to address miscellaneous matters with the courtroom deputy clerk prior to the commencement of jury selection.

The Government is directed to prepare notices and "come up" letters as appropriate for the in-court proceedings.

No changes in the schedule set forth above will be permitted unless authorized by the Court for good cause shown. Any such requests, either stipulated or *ex parte*, must be made by motion and filed with the Clerk.

During the scheduling conference held on December 17, 2025, counsel also highlighted issues relating to the volume of discovery. As explained during the conference, the Court expects counsel to devise an electronic solution to these issues.

DATED this 17 day of December, 2025.

BY THE COURT:

_/s/ James K. Bredar_
James K. Bredar
United States District Judge