## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **v.** | * | **CRIM. NO. JKB-25-00176** |
| **JACK LASOTA,** | * | |
| **Defendant.** | * | |

\*       \*       \*       \*       \*       \*       \*       \*       \*       \*       \*       \*

## ORDER

The Court has reviewed Defendant's Motion for Psychiatric Examination for the Determination of Mental Competency to Stand Trial (ECF No. 59). It is ORDERED that the Motion will be heard at 10 a.m. tomorrow, March 12, 2026, in Courtroom 5A. Defendant is required to be present, along with counsel for the parties.

It is further ORDERED that the hearing on the Motion to Suppress (ECF No. 30), originally set in for tomorrow, is VACATED in light of the filing of the Motion for Psychiatric Examination. The hearing on the Motion to Suppress may be rescheduled after resolution of the Motion for Psychiatric Examination.

DATED this / / day of March, 2026.

BY THE COURT:

James K. Bredar
United States District Judge