## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIM. NO. JKB-25-00176 |
| JACK LASOTA, | * | |
| Defendant. | * | |

\*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*

## ORDER

Pursuant to a telephone status conference held earlier today, it is ORDERED that, on or before Tuesday, June 30, 2026, counsel for the Defendant SHALL FILE a statement noting the Defendant's position as to the next steps to be taken with regard to her mental competency, and addressing any other appropriate relief. The Court also notes for Speedy Trial Act purposes that the Motion for Psychiatric Examination for the Determination of Mental Competency to Stand Trial (ECF No. 59) remains pending.

It is further ORDERED that a TELEPHONE STATUS CONFERENCE is set in for Wednesday, July 1, 2026, at 2:15 PM. Counsel for the Government is DIRECTED to circulate call-in information to defense counsel and to chambers.

DATED this __7__ day of June, 2026.

BY THE COURT:

James K. Bredar
United States District Judge