**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES** | * | |
| **v.** | * | **Case No.:    JKB 25-0176** |
| **ZIZ LASOTA** | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**ORDER**

Upon consideration of the Defendant's Consent Motion to Continue Deadline for Statement Regarding Position on Competency it is this ___30th___ day of June, 2026, hereby

**ORDERED,** that the Defendant's Motion shall be and hereby is **GRANTED.**

It is further **ORDERED** that on or before Thursday, July 16, 2026, counsel for Defendant SHALL FILE a statement noting the Defendant's position as to the next steps to be taken with regarding to her mental competency, and addressing any other appropriate relief.

It is further **ORDERED** that the TELEPHONE STATUS CONFERENCE currently set for July 1, 2026 at 2:15 PM is **RESCHEDULED** to July 22, 2026 at 2:30 PM.  Counsel for the Government is directed to circulate dial-in information to counsel and to chambers.

DATED this 30th day of June, 2026.

/s/ JAMES K. BREDAR
_____
James K. Bredar
United States District Judge

1