**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **v.** | * | **CRIM. NO. JKB-25-0176** |
| **JACK AMADEUS LASOTA,** | * | |
| **Defendant.** | * | |

* * * * * * * * * * * *

## ORDER

For the reasons stated in open court on November 12, 2026, it is ORDERED that:

1. LaSota's Motion for Defendant to Proceed *Pro Se* (ECF No. 97) is GRANTED.
   a. The Court conducted a colloquy pursuant to *Faretta v. California*, 422 U.S. 806 (1975), and concluded that LaSota knowingly, intelligently, and voluntarily waived her right to counsel.
   b. Teresa Whalen, LaSota's counsel of record, is DISCHARGED. However, Ms. Whalen is APPOINTED as standby counsel.
2. The Clerk SHALL SEAL the Return Document Order docketed on November 6, 2026 (ECF No. 103).
3. The Detention Hearing scheduled for November 12, 2026 is POSTPONED. The Detention Hearing is RESCHEDULED to November 24, 2026 at 12:00 p.m.

DATED this 17 day of November, 2026.

BY THE COURT:

James K. Bredar

James K. Bredar
United States District Judge