***TERESA WHALEN***
**ATTORNEY AT LAW**
801 WAYNE AVENUE
SUITE 205
SILVER SPRING, MARYLAND 20910

Admitted to Practice:
Maryland
District of Columbia

E-Mail:Whalenesq@aol.com
Telephone (301) 728-2905

November 18, 2026

Clerk of Court
United States District Court
101 W. Lombard St.
Baltimore, MD 21201

Re: *United States v. Jack Amadeus LaSota*, JKB 25-176

Madam Clerk,

Kindly accept for filing two motions prepared by *pro se* defendant Jack Amadeus LaSota. As “stand by” counsel, I have filed the first motion as a “Motion to Dismiss”.

Thank you.

Very truly yours,

-s-

Teresa Whalen
Stand by counsel