Motion to Preserve and Subpoena Evidence

In the United States District Court for the District of Maryland

United States vs "Jack A LaSota"

Criminal case. No.L JKB-25-176

Under Fed R. Crim 16,

I move to preserve all records of my communications received in / sent from detention, as well as for a subpoena of all detention records to be made available to me, pursuant to motions I am preparing including an ammended motion to dismiss, and in preparation for a detention hearing. I grant permission for complete healthcare information from all of my time in detention to be disclosed me and my standby counsel. My communications include timestamped records of the testimony I am providing regarding conditions of confinement and interference in the preparation of my defense. And my healthcare information should contain documentation of the injury to my health caused by conditions of confinement. The normal channels of release of healthcare information forms do not seem to be enough because of an inaccurate birthdate on file for me confusing the question of my identity.

Justice, a.k.a Ziz (referred to by the Unied States District Court as "Jack A LaSota")

Address: "Jack LaSota" reg. no. 25243-512, FDC Philadelphia 700 Arch St. Philadelphia, PA 19106

(No phone, no email, no fax)

/s/ Justice a.k.a. Ziz, "Jack A LaSota"

Proposed Order:

Allegany County Detention Center, MD, the Bureau of Prisons and all subsidiaries are to preserve all detention information since February 2025, and communications to/from me, and deliver the same to my standby counsel Teresa Whalen to make available to me, and anyone else necessary to legally issue this subpoena, and to make all healthcare information, including psychological and medical, available to Teresa Whalen so that what is relevant may be located.