**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **v.** | * | **Crim. No.: JKB-25-176** |
| **ZIZ LASOTA** | * | |

* * * * * * * * * * * * *

**SECOND MOTION TO DISMISS AND FOR HABEUS CORPUS**

"Authorities" (standards) relevant:

5th and 6th ammendment due process

Speedy Trial Act

8th ammendment cruel and unusual punishment

Fed R Crim 48(b)

The presumption of innocence

I ask that this be heard as soon as possible by the chief judge of the District Court, because I believe that judicial discretion has been abused with the result that despite my urgent pleas to remedy the situation (See exhibit: the letter I sent to the court by the only means available, through a friend by email, and also see court transcript for 2026-11-12) I am unable to effectively litigate my case as a self-represented litigant.

I so far have no discovery access whatsoever, and it remains very much in doubt whether the deadline for all motions will pass before I get any access, and it remains certain that I will not be able to review even a tenth of the voluminous discovery for my case before the deadline for motions, or likely even before trial.

I am imprisoned in conditions where by multiple reports from other prisoners, multiple staff continue to indicate them that they want them to beat me up. Most evidence in my case (although this is federal court, most charges were already put on an unconditional "stet" in the

state case) was gathered by illegal searches on flimsy pretenses of trespassing (on land with a public right of way, owned by someone other than the complainant despite the complainant's false claims to the contrary, and the complainant even said we had until the next day to leave), by Maryland State Troopers acting on supposed suspicion of violations of state law, and the illegality of their conduct (and hence the suppressibility of the search) must be examined by reference to what Maryland State would define as law. The only law information made available to me in the prison (via the electronic law library) includes no cases in state court, or "statutes" of Maryland State, or even the Maryland State constitution. This is one reason I cannot effectively prepare my case for the suppression motion while in jail.

There is an exhibit I have entered into the federal case, a proposed plea offer by the government, by which it can be seen that I have already been imprisoned awaiting trial far longer than I would be expected to be sentenced to if convicted. (I have been imprisoned since February 2025, the date of the alleged posession of firearms, and the state case for the same alleged events led to no conviction)

Additionally, I have been given less than one month to prepare motions, despite far more time than that being squandered by counsel making false claims about what was being worked on, I have been forced to discharge, while I suffered, by BOP standards, extreme weight loss due to deprivation of food consistent with my religious beliefs, was told by staff to steal from and fight other prisoners for food, had prisoners trying to push me into prostitution and extort me, and was assaulted and sexually assaulted after being told that I was "food" on the block, because "you're a girl and you won't fuck". While my letter-writing materials were stolen from me again and again, then my ability to make a commissary order to get more blocked by me being assaulted and consequently brought off the block during the commissary order distribution, so

that despite my stating that I wished to self-represent back in March, I had not had a time in court where I had the chance to say that and be allowed to self-represent the entire time up to November 12. Part of this was because my original public defender Gary Proctor started incompetency proceedings which were dropped. However, that was over in the Summer and then I was transferred here and unable to contact the court (FDC Philadelphia put me in the SHU and denied me attorney contact, and phone use, and law library use, and access to my legal papers, and they disappeared some of my legal papers permanently even when I got out of the SHU, originally because I had been assaulted twice by other prisoners (without even fighting back), but then extended it in retaliation for me citing standards of employee conduct when another staff member tried to put me with a SHU cellmate yelling the whole time about beating me up if this happened) my substitute attorney Theresa Whalen neglected at first to inform the court of my stated wishes to self-represent.

Please read the letter I sent via Elua / Daniel Blank, for the account, which is too long to recount here, of Lieutenant McDonald while trying to put me in a cell in the SHU with a guy from the protections racket on the same unit I was nominally transferred off for my safety, stating "You should have thought of that before you did the crime" and in response to my protests that I have committed no crime and that I must be presumed innocent, "So I just pray to God that you get what you've got coming". And of the other extreme misconduct commited by other staff at FDC Philadelphia.

What I have suffered at FDC Philadelphia (partially documented to the extent I'm able) is not merely cruel but also unusual, because I have been targeted based on my LGBT status and my minority religious beliefs. I am not able to fully document this due to the abuses including my legal papers being stolen, and the time constraints, but there is a paper trail that could be

acquired from the jail by subpoenas regarding my religious beliefs and dietary restrictions, and there is more information in the letter I sent to the court (via only means available, an intermediary) when I got out of the SHU.

They took away my chances at legal process, by taking away my work products, and records, for motions. As retaliation for me citing their own standards of employee conduct at them.

Please understand that everything I file, even this motion cannot be what it would be had they not done this, that the loss of ability to put my thoughts on paper and preserve them, and the memory impairment of having had my head smashed into concrete by Marshalls, exacerbated by malnutrition, medically untreated despite my complaints, all of which was caused by my incarceration which is continuing past the period of time that would be considered an expected punishment if I were convicted, has also prevented even this motion, from being what it could be.

Please understand that I have been intimidated by the reprisals and that I have faced by the government, and as a consequence, even this motion is not what it could be. And neither could I give my full arguments to establish my innocence at trial, because of illegal retaliation which the government has forced me to learn to expect the more I protest my innocence based on the treatment I have suffered.

Please understand this motion is not what it could be, because of me having too little time to prepare it, due to the urgency of my treatment in the jail and the rapidly approaching motions deadline, where I have much else I need to say, and of the necessity of asking for the hoped-for fruits of this motion early: if not dismissal, e.g. access to Maryland State legal information which

this jail cannot provide, and access to discovery for my case. If the motions deadline occurs before I have had plenty of time to use these fruits, this will be even more irreversible prejudice to my defense.

Please understand that this motion, like any other of mine now, cannot be what it should be, because I have been forced to self-represent by the reality that there is a systematic ethical issue in the only available representation in the public defenders' office. (To elaborate later in this motion)

Please understand that my motions cannot be what they should, because of the retaliation, and all of these issues have reinforced each other. E.g. The time limits on me leave me less time, because of my communications being cut off while in the SHU, and that is the fruit of all the mistreatment I suffered, and the protections racket in the jail and environment of violence between prisoners encouraged and supported by staff. I cannot hope to find another lawyer, or ask for another public defender, because of my communications ability being limited by all of the above, and because of the consequences public defenders have had.

This list of prejudices should be longer but records have been lost due to thefts of my legal materials.

Please understand what I can say is limited, that even this motion is unfairly reduced, because of intimidation by the FBI, working so closely with the prosecution as to have frequently had a representative at their table in court, which has issued death threats to my codefendant in the state case and a witness in this case.

Please understand the issue of ineffective and unethical conduct by counsel has curtailed my ability to prepare this motion. Without getting into it much, I should have had my issues for

subpoenas for evidence and access to more discovery heard many months ago, before even getting to Philadelphia, and Mz. Whalen committed to have this heard, multiple times repeatedly after "forgetting" after not meeting with me for more than a month at a time, and this issue was never raised. Mz. Whalen knowingly advised me to sign forms declaring false information, and trivially verifiable false information, explicitly under penalty of perjury: to represent my most recent date of birth (I say it this way because of my religious belief in reincarnation, which a court officer has discriminatorily tried to frame as disrespect of the court to deny pretrial release), which in truth is 1991-01-23, as 1991-12-31, because the latter is what the BOP incorrectly has on record for me. Mz. Whalen said, "I know, but that's what the BOP has" to me during our last meeting before I became self-represented in court on 2026-11-12, regarding a redo of one of these medical release forms (which it would have been nice to be able to use to get the documentation of my weight loss while suffering malnutrition caused by FDC abuse.) Which shows that Mz. Whalen remembered the issue regarding the incorrect date of birth I raised over the summer, when sending me the earlier forms to sign, which asked me for a declaration under penalty of perjury and had been prefilled by Mz. Whalen knowingly with incorrect dates.

I can only conclude that Mz. Whalen practices a form of helplessness in the form of accepting as necessary going along with a certain amount of falsehood by the government, even when that would be extremely detrimental to my legal interests. That this is considered normal. I believe this is entirely normal. And entirely inconsistent with effectively advising me in my case. Given discovery in the state case included intense FBI surveillance of our lives over long time periods that even scrutinized receipts for guacamole from Walmart, it seems obvious that the FBI would pounce on that if I did sign the forms as Mz. Whalen advised me to. I believe Mz. Whalen was reacting (although too late) to the time constraints preventing getting the BOP's records

properly updated before requesting the medical records to augment an argument about conditions of confinement. This is a microcosm, as to litigate my case, given the nature of the events which I have suffered and have been used to accuse me, requires exceptional ability to plant oneself like a tree by the river of truth and say, "No, you move.". This is a moral capacity which is systematically lacking in the public defender's office. This is a vast understatement. But please understand that despite this without Mz. Whalen or another public defender as standby counsel I *must* expect to be worse, I have no way of even filing this, and it may not be all that it could be because of further issues it would at least be a misprioritization to get into.

I am self-representing not because I believe I am able to do so effectively, given these conditions, but because my experiences have necessitated that I believe that if I do not I will be ineffectively represented or worse, no matter how I might complain.

Please understand this motion is not would it would be if I could be secure in my legal papers or something typed on a computer on an ongoing basis, but any time I am moved email drafts like this are lost. And the state discovery already even showed clearly labeled legal notes taken in a cell search from my codefendant in the discovery.

All of this is irreversible prejudice to my defense, increased by the wrongful delays which increased my exposure to the dark side, the abuses, of the BOP. This case has become an epic mess. I doubt if there has ever been a stronger case under rule 48(b), by which oppressive pretrial detainment conditions can be considered a substitute for prejudice, for dismissal, which I believe is the only clean resolution possible.

Please review the arguments I made in the letter for dismissal by the 6th ammendment and speedy trial act; I invoke them as part of this motion. Note that Rule 48(b) calls for dismissal

in more conditions than either of those. (Citations of 48(b) and discussion thereof to be included later in this motion) And please review the argument that I made, that the foundation of due process is the presumption of innocence, which has been irreversibly lost because I have been held much longer than the time that would be expected were I convicted. Justice absolutely requires the conditionality of any punishment upon guilt as opposed to innocence. This possibility is lost now.

Rule 48(b) calls for oppressive conditions of pretrial detainment to be considered as a sufficient alternative to prejudice from a delay necessitating dismissal (citation later). And, while Mz. Whalen's detention hearing motion correctly calls my conditions punitive (if there is any doubt, consider what Lt. McDonald said), what has happened to me goes beyond punitive detention, beyond oppressive detention.

I have been forced to learn that the ultimate constant of the United States "Justice System" is that I will be systematically punished beyond anyone who was guilty, precisely for maintaining my innocence, that this system will try in every way to corrupt me, to rip from me any ethics that I choose for myself, because those without ethics see ethics as an offense.

Example 1: I maintain a vegan diet, consistent with my religion. The staff of FDC Philadelphia have, while declaring my starvation to be funny, and similarly declaring it funny that what vegan food I did get from commissary was stolen, tried to get me to fight and steal for food, and told me that I would be forced to consume food inconsistent with my religious requirements. (See Akram statements, and statements by other staff regarding my vegan diet).

Note: what I say here is not intended to be repetitive. Although I mention some of the same events as in my letter, and there may be slight repetition from limitations of my organization, I am aiming to expand upon argument from the implications of those events.

Example 2 and 3: extortion attempts in jail and plea deals.

Remember I am still here at all because I believe it would be unethical for me to take a plea deal, and that history goes back farther than you probably yet know. In California, for the nonviolent protest, which they charged as multiple felonies (And later admitted they shouldn't have charged, see the case of my codefendent Gwen Danielson), they offered misdemeanor trespassing as a deferred sealed plea to be expunged after a certain time. It would have been a lie were I to claim to be guilty, and to accept blame for what they did, I had purchased a ticket to the event and been told to arrive, and the venue's website advertised that it was open to walk-in and visit in the office. And my protest prevented in the very short term at least a million dollars from being donated to a nonprofit that was defrauding donors, misappropriating their funds to pay out to blackmail to cover up sex with minors, and has since been revealed by the Epstein files to be even more involved with Jeffrey Epstein and Epstein's island than was known at the time. Again and again I was told, the cops having traumatized children after our protest was swatted, someone had to be blamed, and they would want some kind of admission of fault from me no matter what. Such is the poisonousness of the United States's predatory stance towards the concept of honor. It would have compromised my message which I still considered vital, and now my fellow protestor and the love of my life who also believed it was wrong to validate the abuses we suffered by falsely conceding guilt, is dead and the mobbing that began with the media rebroadcasting self-evidently false charges was a critical link of the causal chain. In Pennsylvania, after saying to each other to make up some charges to put on me, and doing

exactly that, and testifying, "he did nothing, and that was the crime", and holding me 3 times the maximum sentence pretrial, and then offering a plea deal of time served (again a case of, "What's done to you is irreversible, and it isn't about punishment per se, now we only want your honor, or it continues."). This paradigm has been the rule in all of the United States "prosecution" of me. I also believe that it is unethical to pay out to extortion as "protections" money, but the system here, where staff encourage violence, and apply preference in SHU time against me, giving no SHU time at all to someone caught on camera attacking me unprovoked without me even fighting back, punishes me even in that. Even after I got out of the SHU, one prisoner later reported that Lt. McDonald was indicating a desire that that prisoner beat me up by promising "You'd only go to the SHU for a little while". And another prisoner independently claimed Counselor Pasternak was expressing a similar desire. Regarding ongoing threats to me from among the prisoners, I am avoiding telling staff, because I know that it will only result in me being put in more danger like McDonald arranged to do. (See also my letter.) All of this has been explicitly motivated at a post-punishment plea deal. I have been told by counsel many times that this is important to them because a criminal conviction would give the cops who overtly tortured me some kind of cover against a civil case. The entire thing a giant scam to apparently transfer someone else's guilt to me. I am being held here over the guilt of the system itself. I am the opposite of a fugitive from justice. That is the truth. It is the only truth. Establishment consensus is no substitute for the truth. The United States began with a bold assertion by a slaveholder that all men are created equal and endowed with inalienable rights including liberty. And a mutual pledge of "sacred honor", as if a slaveholder had any to pledge. They say, "These colors don't run", and they don't readily admit fault. It behooves anyone who is going to organize themselves around a banner and back each other up by it, to ask if there is a rogue in their midst trying to

drag them into an immoral fight, to ask them if this has happened to them. Law enforcement requires that everyone involve maintain a code of ethics so that they can rely on each other not to be backing up aggressors, not to be backing up criminals. But those who swatted me had an advantage in their skill at manipulating the shadow of all this false honor. And the cumulative dishonor downstream of their shame that they drag the government into grows and grows because the government is not designed to ever admit fault and back down. And is designed to automatically take sides in a conflict across the continent without examining the particulars. When at the center of this government, as much as anything, and this is now common knowledge, is the criminal empire of Jeffrey Epstein. The only way to make a clean break from Jeffrey Epstein in this case is to dismiss. The very concept of a plea deal is a form of influenced testimony for valuable consideration, testimony which affects not just the one taking the deal, but at least everyone touched by the narrative that demanded testimony is aimed to reinforce. And many people have been targeted by the government-media crusade on the narrative against so-called "Zizians", a term coined in a slanderous publication by my stalker and would-be-rapist John David Pressman in a retaliatory campaign for my outing of cult abuse. (See MJ Zajko open letter in exhibits of my letter) It would be unethical for me to bend my represented story to fit the incentives the government applies to me, in backing up these abuses. And so, my "punishment" by the government, ultimately for a peaceful protest that did measureable good, swells unboundedly while the constitutional promises of due process are lost long ago.

Gary Proctor tried to subject me to coercion via bad-faith fabrications of incompetence proceedings on explicit opposition to my personal ethics as related to both refusing extortion and plea deals, this resulted in the incidents of my head being struck on concrete. So the ongoing assault on my personal integrity as a central driving force to the time-extension and abusiveness

of my punitive incarceration has even come from my own appointed counsel. This may be getting too long, but if it makes a difference I'm willing to elaborate.

My experiences have also necessitated that I believe that I will not get a fair trial, that the more I maintain my innocence, the more I will be punished. On the macro-scale, and on the micro-scale, like my refusal to pay out to the "protections" racket in jail cost me critical access to the law library etc. My experiences have necessitated that I believe that the judges and prosecution are using double meanings: e.g. when they say I am charged with being a fugitive from justice, they, as the system, mean to equivocate between truly being a fugitive from justice, and being a fugitive from the genocide intended to be advanced on taking power by the Trump regime, which my friends were already victims of. I believe that they mean to equivocate this to the public, to a jury, and to me.

I do not believe that fair proceedings are on the table for me. I do not believe that proceedings that would even meet the standards of the United States are on the table for me. What I have suffered in "pretrial detention" while the regime declares me a "biological male", on an "executive ordered" counter-scientific ideology advanced by an alliance between a crime boss president and christofascism, and the jail medics tell me I have female levels of hormones in my blood despite the absence of any medical treatment for over a year, is tiny sample of an unrelenting experience of discordance between reality and the words of the government I cannot ignore.

Another tiny sample being the claim in United States v. Salerno 481 U.S. 739 (1987) that pretrial detention is constitutional only as regulation, not as punishment, which does not reconcile with Lt. McDonald's statements of praying to God that I get what I've "got coming". (See letter I earlier wrote to the court). And that that (Coffin v. United States, 156 U.S. 432

(1895), a unanimous finding of the SCOTUS that the presumption of innocence is axiomatic law, the foundation of due process)

I cannot believe that due process is a possibility for me. I have already undeniably experienced the presumption of guilt as the greater-than-supposedly-recommended-if-convicted sentence time period of abuse under the likes of Lt. McDonald. I cannot believe that due process is a possibility for me, and it is not because of any mental defect of mine, it is because of what I have experienced. And no one has, or could be expected to have, faith in the United States government that would survive what I have experienced. If the founding fathers suffered what I have, they would be regarding the United States government much as they regarded the government of Britain when they wrote in the Declaration of Independence about such a length of abuses and usurpations that made it their right, their duty, to overthrow the government, and ironically predicated the government that would become this one upon that recognition as self-evident truth.

I am also self-represented because do not believe that competent and ethical counsel is on offer for me.

The truth of this prejudice is an irreversible uncertainty that would loom over any results obtained in a trial. If I lose, would still have lost if I had had even a month of discovery access in my case? Because of my personal ethical precepts, and because I have committed no wrong, I will not plead guilty, I will not even plead "no contest", even as I am being punished beyond the scope of the accusations against me merely because of the ethical lines I draw. But nothing ethically requires me to litigate this case as hard as I possibly could. So, if I lose, everyone will have to wonder if I stopped trying as hard as I might have, held back my full case because my every argument that might e.g. give me time to review discovery, would only prolong my

imprisonment, and increase the risks to my life that I suffer from jail. Any conclusion but dismissal for denial of due process would be tainted by the injustices that I have suffered. This is prejudice to my defence. If I lose because I cannot write motions nearly as quickly, or perhaps as well, as an attorney, will it be because of the professional failures of the counsel that were provided, which might have been to smaller effect if they hadn't necessitated, given my wild experiences of the government, that I believe as I do?

Regarding medical neglect, although I answered truthfully when I said "I don't know" to the pretrial release interviewer, that is itself a substantial issue: the medical staff of Allegany County Detention Center told me they strongly suspect that I have a brain tumor, and ordered an MRI, which was scheduled for September, which then was more than a month in the future, but this MRI was canceled when I was moved to FDC Philadelphia, and medical staff here, although advised of the issue, declined to re-order an MRI, after I refused to swear to inaccurate information under penalty of perjury just to complete a medical release. (Just like the issue I described with the form Mz. Whalen advised me to sign.), and when I told them about the issue, I said even if I could not get that information from ACDC, that they were still responsible for my medical care, but there was no followup regarding medical examinations which may have lead to the same conclusion of the necessity of a brain MRI.

Funny enough, this is the second issue which has prompted a prescription of a brain MRI while I was in "Federal" United States captivity, which was not fulfilled. In Chesapeake Detention Facility, when I arrived having had my head slammed on concrete by the Marshals repeatedly, and examined by medical staff at intake, the doctor there diagnosed my condition as an emergency and ordered that I must be taken to a hospital for a brain MRI immediately, the

Marshals, who said they were complying with this, instead took me back to ACDC to have my condition forgotten.

When, while suffering malnutrition at FDC Philadelphia (since most times when I get transferred to another prison it's a whole new standoff over their noncompliance with my religious free exercise and equal protection rights and other rights regarding my religious vegan diet. George Hill in PA being the worst so far, where I was a month and a week without a vegan tray and no commissary since I was in adseg the whole time, with the fanatically discriminatory chaplain apparently, after overridden by the Warden, going directly to the kitchen 7 times to have my diet revoked, it wasn't just a single missed tray but an entire change of registered diet status; the kitchen reverted to saying the chaplain said there was no vegan diet) I experienced increasing memory impairment, I asked medical to examine me for malnutrition, and asked them to prescribe a vegan diet as remedy for malnutrition, what they said in response also revealed an attitude of deliberate indifference, which is part of a complex of the implicit presumption of illegal harm being inflicted in prisoners being normal, as if that's their job.

This is part of the entire chain, the entire flow, of causality. The delays have caused increased stay in jail, which has caused these conditions, which have reduced my capacity to prepare my defense, this is prejudice.

I think the journal entries regarding the medic named Fisher in FDC Philadelphia were not among the ones taken from me, so you could check in the updates emails attached to the letter I wrote to the court for documentation of that.

I expect that the persecution may claim that there have been other cases where longer delays have not resulted in speedy trial dismissal. Inasmuch as these reference dismissal claims under the Speedy Trial Act and the 6th Ammendment, one thing to consider is this:

"Rule 48(b) places stricter requirement of speed on prosecution than USCS Constitution, Ammendment 6, and permits dismissal of indictment even though there has been no constitutional violation. United States v. Mark II Elecs., 283 F. Supp. 280, 1968 U.S. Dist. LEXIS 7820 (E.D. La. 1968)"

(quote from the "USCSRULE" entry for Rule 48 in the electronic law library in the jail)

"Rule 48(b) may be invoked to protect defendant's interest in speedy trial even though there has been no violation of USCS Constitution Amendment 6 or Speedy Trial ACt [18 USCS [Section] 3161 et seq.], but court must consider same factors which are relevant for Sixth Amendment purposes: length of delay, reason therefor, diligence of defendant, and possibility of prejucide to him. United States v. Starr, 434 F. Supp. 214 1977 U.S. Dist. LEXIS 16204 (D.D.C. 1977)."

Some of this argument must be combined with what was in my letter.

The factors being considered jointly as factors, means that any one of them might, if great enough, compensate for a lesser amount of another, in requiring dismissal. I mean, think of factors in algebra, meaning multiplication. Think of compound units in physics like "pound seconds" (pounds multiplied by seconds, as factors or whatever.). That's the default thing that word means, the same as in that case.

(Note: I recently noticed Judge Bredar is aleady chief judge of the United States District Court, so my following advice from a fellow prisoner about how to address this may have been

in error. Were I not forced to send my draft all in a panic because of impending retaliation by McDonald, I might have changed something. Nothing to be done about that realistically now.)

Citations I mentioned earlier regarding "or" and oppressive action.

"There is no doubt that before Rule 48(b) can be invoked there must be showing that delay prejudiced defendant's ability to rebut Goverment's case ***or*** that delay was caused by oppressive governmental action. United States v. Dooling, 406 F.2d 192, 1969 U.S> App. LEXIS 9254 (2d Cir.), cert. denied, 395 U.S. 911, 89 S. Ct. 1744, 23 L. Ed. 2d 224, 1969 U.S. LEXIS 1652 (1969)." (Emphasis mine)

"Before Rule 48(b) can be invoked there must be showing that delay prejudiced defendant's ability to rebut Government's case or that delay was caused by oppressive governmental action. United States v. Blanden, 334 F. SUpp. 1179, 1972 U.S. Dist. LEXIS 15662 (E.D. Pa. 1972).

As I said (please reference whatever may be applicable there) in my letter, to truly be applicable as an argument that they didn't dismiss some other case would at least require that the other case was worse across all 4 factors, not just one in isolation.

Furthermore, regarding any potential argument that there may have been other cases where delays were longer, since Rule 48(b) is at least as strict as Ammendmant 6 and the STA, and according to cases regarding those, there isn't a single time that can be said to be the longest a case is allowed to go before speedy trial rights have been violated, *it depends on the particulars of each case*, and that statement I emphasized is a double-edged sword, a two-way street... If another case which was not dismissed after going on for a certain period of time had

*particulars* which would have weighed for longer time, the comparison to cite that as "case law" not to dismiss this case is not applicable. And, given that one of the factors is the *reason* for a delay, and the reason for anything that happens in a case must ground in the reason of the potential justice served by the case reaching its conclusion, if e.g. a murder case was not dismissed despite going on longer, but if it led to conviction would have lead to a very long sentence, that is again inapplicable as "case law" to not dismiss this. The fact that I have been held longer than I would likely be sentenced if convicted must again play a role here, in the "reasons for delay" factor.

One more thing: my life has been threatened many times following my nonviolent unarmed protest against the abuses of the cult of MIRI ("Machine Intelligence Research Institute"), CFAR ("Center for Applied Rationality"), and associates, including by JD Pressman (see Zajko's open letter attachment to my letter to this court) and I have been subjected to admitted efforts to assassinate me and those I hold dear including by the terrorist who threatened to bomb a mass public gathering in 2020, Edo (a.k.a. "Jay Winterford" / "Jacob Pekarek"). This is a massive understatement, but the full weight of the campaign of violence would put more lives in danger were I to disclose it all. (Evidence besides my testimony and perhaps that of a few others to document either the lesser or greater case I mention now lost to the coverup caused by the persecution which said cult has, through lying about me, recruited the government to carry out.) If the court prevents me from ever carrying a weapon or wearing body armor for self-defense in light of the number of fanatics who have declared me something like the antichrist, I fear even more for my life as a consequence, as well as the lives of innocent people I associate with.

Something else that goes beyond punitive and oppressive in ruining the possibility of due process, is that I have also been forced to learn, from the repeated taking of my working notes for preparing my defense, that the government has effectively set opportunities to prepare my case before me as a trap, in order to snatch away what they say is privileged and confidential, and take it for their persecutory investigation. This was made undeniable by seeing the clearly-labeled legal notes of my codefendant in discovery previously provided in the state case. I have been forced to learn that any promises of due process, no matter how repeated that such things are illegal, are as hollow as the implicit promise that they would not threaten my codefendant and a witness in this case Truth with death, with poisoning via her vegan diet at Allegany County Detention Center, just like me via an undercover, they say "informant" but at this point the correct term would be "operative", to make her falsely testify.

They fractally cannot contemplate an order to give me the means to access law, because the layers of this society are structured by presumption of guilt enforced to the point of indoctrinating criminality. The "correctional officers" tell me to commit crimes to fit in, serious crimes, attacking random people and stealing from them, and treat me as a troublemaker for not doing so! They tell me again and again to solve my problems like the other prisoners say, by investigating without access to the camera footage, and attacking a prisoner I decide is the suspect, and of course, they all mean for me to attack a designated acceptable target who probably didn't do it. What is the correct term for such an officer? Not "correctional!" "Corruptional!" I'm not just being contrary, it's a fact.

It is treated as a foregone conclusion that even holding me here means I can never be found innocent, and denial of remedy so pervasive I went well more than a week in the SHU with a sign up on my door, tallying the days it had been up, asking for even forms to ask for

remedy, and that sign went unanswered. It is the norm among them and seems to go without saying that e.g. they would make sure I could not complain from the hole. That by this general expectation of omertas from every staff member walking the halls, each of them would continue their daily grind without raising alarm when they see such a sign on the door, or worry that another of them would, in spite of everything that the BOP Standards of Employee Conduct says about mandatory reporting. And that I would not be able to review evidence.

In spite of all this, this pit of society's shadow into which I have been pressed down into, and law systematically kept far away with PLRA + counselors playing tricks with forms, where criminality is the norm, does not stick to me, does not fit me, does not become me. I do not belong here.

The crimes enabled by the continuation of this case and committed under color of detention are much greater than anything alleged against me.

The American Declaration of Independence said of the king of Britain, "He has abdicated Government here, by declaring us out of his Protection and waging War against us..." That is no less than what the government has done to my people.

The government has plundered the belongings and homes of my people, separated us to be tried for pretended offences, terrorized even our lawyers out of taking messages between us all without conviction, murdered our loved ones, destroyed our lives, while trumpeting its plans of Project 2025, which, you can read, and states designs to punish women who won't breed, treat transgender people and doctors who have helped us as criminals... and shortly before abducting me, the Trump administration was claiming as a demonstration of its overt power to create "newspeak", a right to deport Native Americans as "illegal immigrants" (nonwhites). If freed I

expect I could find record of this. It was not the conscience of the United States that ground this to a halt. Only the reality that plunderers plunder their own. ...A government whose character is thus marked by every act which may define a tyranny, is unfit to rule over free people.

A government cannot broadcast to people in so many ways that they are the intended victims of genocide, and hold the role of law enforcement relative to them. Such actions and rhetoric color the meaning of everything that they say and do. It's like in the opening scene of Inglorious Basterds, when the later-identified "Jew Hunter" interrogates the French farmers about whether they are harboring "enemies of the state" or whatever the exact words were, and you do not need anyone to tell you that that means innocent Jews, regardless of what definitions may be held in the Nazi "lawbooks". The very most basic legitimacy of law depends on integrity of comport that tends to demonstrate the possibility of being law-abiding. A government, an institution supposedly enforcing laws that shreds the very concept of innocence by making war against ethnicities ruins the very axioms to which it is pretending.

There are supposed to be protections in the United States system against selective and partial prosecution. And investigation, and sentencing. Who can really believe that they are real after Trump got "sentenced to unconditional release" for so many counts of fraud? And after doing so much worse. After so many agents of the January 6 coup attempt were pardoned? I do not.

My experience in the SHU (see letter) was like a microcosm of my life. False accusation. Escalation of abuse, the power of government controlled by parties with a guilty conscience and a vendetta against me, climax of power-drunk ill-considered rhetoric from my abusers. Eventually they give up on pretending to believe the false accusation, but considered me a troublemaker for having seen things for what they were, holding onto my soul, and surviving the

abuse. Now what? If I am "convicted", the public will know the history, games played with undoing our work to prepare our defense and all, and will know it as a conviction of the system itself as unable to self-correct. And the history would make "conviction" as a product a faulty one.

Mz. Whalen, unlike me, was given months to orient on the discovery and prepare motions, and told me, when I complained about most of that time not being used as Mz. Whalen assured me it would be, "Eveyone does motions at the last minute". While I struggled to survive the perils of the abuse I suffered in FDC Philadelphia, Mz. Whalen was procrastinating under the guise of normalcy. While my "normalcy" was peril. And the consequence of these abuses was to be self-prolonging because they prevented me from having my hearing to go pro se for months, months whch became time I could not have to prepare motions or review discovery, but the persecution could.

The disastrous, multifaceted, snowballing due process defect complex of my case is the intersectional shame of the United States "Justice System", where complicity compounds from failure to acknowledge the systemic pervasiveness and magnitude of the problem. It draws you in with the promise that what you are doing is normal, but treating the abnormal as normal then creates another link in a chain where each abuse, from the prisoners attacking me, to McDonald's deliberate endangerment, to me not being able to self-represent until I had already been punished as if guilty and much more, to me getting little if any time to review discovery to make motions, is individually the cause of all the rest.

Mz. Whalen said of my experience in the SHU, that Mz. Whalen would have "gone crazy" given the same circumstance. An entirely normal assessment. And entirely egregious to be slacking like normal while responsible for someone subjected to a harm believed to be sanity-

destroying, but also entirely normal. I have a way of exposing the normalized guilt of everyone around me. It's not my wish that Mz. Whalen face disciplinary action or investigation under this court for inciting perjury based upon what I have said, as I believe that would be selective punishment, a selection made by the bad luck of being handed the hot potato of moral hazard that is my case. Treating my case as business as usual in the United States Injustice System is karma I would not wish on anyone. You can show mercy to Mz. Whalen by making true Mz. Whalen's statements that "eveything that needs to be filed will be", by dismissing this case. But my case is still prejudiced as a result of ineffective assistance rendered by Mz. Whalen. Mz. Whalen also said of my letter to the court that there was nothing in it that could help me. It is implausible that this could be a reasoned professional assessment, as at the very least the severity of my mistreatment at FDC Philadelphia is worth bringing up at the Detention Hearing, and Mz. Whalen hadn't heard all of it, due to communications having been prevented by the jail abuse itself. But worse, if I remember correctly, I said in that letter (not the first time that I did) that I believed it was necessary for me to self-represent, and Mz. Whalen did not on that occasion yet file a hearing for me to proceed pro se, wasting more precious motions preparation time. It seems to me that Mz. Whalen may have been afronted by the accusation of gaslighting, which I stand by, and considered it a higher priority to discourage me from speaking my mind than to be accurate in that regard. The injustice piled upon me progressively brings out the worst in normal human beings when they get involved with my life in any way.

I believe that any judge who takes a salary from the United States is in at least the appearance and likelihood of a conflict of interest, as that association carries a way of seeing things aligned with the criminal interests of the United States. I believe that however true this is, I would be foolish to expect a recusal, and it would be almost certainly pointless, because

whichever judge took over under the processes of the United States' courts would also be salaried by the United States. Although Gary Proctor tried to paint me as incompetent for referring to the United States (also called the States United in Slavery, a reference to the fact that the 13th ammendment had a loophole which to this day is exploited by forced labor among "convicts" for pretended crimes, and there are forced labor prisons in all 50 states, to the fact that even the northern states enforced the Fugitive Slave Act, and the current situation is the latest in a long line of reinventions of slavery, from "debt peonage" via "sundown laws" to those Americans who defended their as late as the 1940s saying it wasn't the now banned "debt peonage", it was chattel slavery, because the 13th ammendment hadn't provided for any enforcement to stop them, to the modern plea bargain mill and "war on drugs" a cynical move by Nixon like "hey let's make it a crime to do whatever my political enemies: hippies and black people, are getting up to". I note the population of FDC Philadelphia appears to be over 90% prisoners of color, my Black cellmate has reported making $0.12 per hour in a prison job, and there really isn't an explanation for that other than slavery having rebranded by applying its same old power to corrupt, infest, and take over the misnamed-as-"Justice System" of the United States.), I think most Americans these days have seen Trump's threats of invasion of Greenland (an international war crime of aggressive war), the precision-targeting of a school full of girls in Iran, and the merciless attacks against foreign merchant vessels in Operation Southern Spear. This is the truth. It is the only truth, and without truth, none of our words here would have any meaning. No matter how accustomed to speaking under the pretenses of the "honor" of the United States anyone here may be, it is impossible for a competent adult in common American society today to fail to know this truth.

I'm afraid I haven't said this adequately yet: for reasons I cannot disclose, but of which the FBI death threats are a taste, I would fear more for my life and the lives of other innocent people if I gave my full defense in this case, and it would take a court of higher reputation than any subordinate to the United States can hold to change that. Pretending that this is incompetence would solve nothing.

Although I do not have access, someone who has the state case discovery told me by file type, it contains 19.2 hrs of *.mp4 footage, 87.9 hrs of *.flac footage, 54.7 hrs of *.mp3 footage, 3.2 hrs of *.wav footage, 4.8 hrs of *.avi footage, 3497 pages of *.pdf documents, 68 pages of *.docx documents. Mr. Proctor told me that the state discovery is less than the even larger federal discovery. Proctor only showed me two documents from the federal discovery, in all our meetings, which were witness interviews. I suspect the actual amount is much greater. Mr. Proctor did not even let me fully read them, just read a few lines from the computer. At our 2 meetings in the over 3 months I think that I've been in FDC Philadelphia, (I'm told the FDC and the travel distance has made it too difficult to meet more often, and that "I'll meet with you as soon as possible" means typically about a month of delay). Each meeting being like, 3 hours tops.

At the hearing where I became officially self-represented, and Judge Bredar gave me less than a month to review the discovery before the motions deadline, with the only permitted means of discovery access being in meetings with Teresa Whalen, which, being on average more than a month between, ... I would be lucky to even have the possibility of reviewing half a percent of the discovery like this. Let alone preparing a defense based on it.

This is because I am incarcerated. So continuing to hold me, rather than ensuring that the court case can continue, is preventing due process from being achieved.

In attempting to squeeze a schedule in a way that might imaginably appear not to be a violation of my speedy trial rights, Judge Bredar has ripped up Fed R Crim 16 and flushed it down the toilet. And when I tried to begin to explain the magnitude of the due process violation in court, Judge Bredar silenced me. Judge Bredar had no hesitations about giving that much time to Mz. Whalen, who rewarded Judge Bredar by "consenting" to bogus "ends of justice" determinations regarding the violations of the speedy trial act already committed. Due process is in a double bind because of the mess that the government's greed to make this like the mockery of a process of justice that was the DHO hearing in jail (see my letter to the court as exhibit for details), and many abuses have created. Judge Bredar should have recognized that the legality of these proceedings cannot be rescued, and dismissed, rather than trying to cut corners and put the loss of legal rights on me. Even if I had been given the fully discovery and less than a month to prepare motions based thereupon, it would not have made much difference. I doubt Judge Bredar would have ever given an attorney so little time to orient on the discovery and prepare all motions in the case. And the handicap and unfair advantage relative to the persecution who have had the chance to prepare for years, along with perhaps a hundred investigators to process and filter evidence to find something favorable to them, is extreme.

If the government cannot meet its own standards of due process, then it is faced with a choice of whether to "fail safe" or "fail deadly", a distinction in engineering between systems that, if they lose the ability to discriminate circumstances, do nothing, or, like the Soviet "Dead Hand" system, which was designed to, if enough of the government was lost, automatically launch a nuclear attack against the United States, "fail deadly". That is to say, headlessly default to considering the United States guilty of any attack. The presumption of innocence means the government must err on the side of declaring proceedings a failure and dismiss.

Quoted from USCSRULE in the Lexis Law Library:

"Purpose of Rule 48(b) is not merely to implement constitutionally protected right of accused to speedy trial; it is designed also to protect other compelling public interest--not necessarily of constitutional proportions--in prosecution of those accused of crime without procrastination of whch processes of law are sometimes guilty. United States v. Mark II Elecs. 283 F. Supp. 280, 1968 U. S. Dist. LEXIS 7820 (E.D. La. 1968)."

This being said even though the text of Rule 48(b) says, "Rule 48. Dismissal [...] (b) By the Court. The court may dismiss an indictment, information, or complaint if unnecessary delay occurs in: [...] (1) presenting a charge to a grand jury; (2) filing an information against a defendant; or (3) bringing a defendant to trial."! This fits the concept of "trial by reality" that I described in my letter. Like the DHO hearing I described in my letter, general injustice, and general abuses against due process, which are indicators of the guilt of the proceeding, when they overstep certain "small" rules, it is right to take that as the vehicle to measure that there is a greater problem, that guilt of the proceeding is indication of the potential of innocence in the defendant that can only be protected by dismissal on those grounds. This is a clear statement why it is right to dismiss, rather than to grant a lesser sanction.

Although the first part of the quote before the semicolon (and therefore indicating that it can stand alone but there is more to say) and then elaboration unambiguously says this, in seeking to understand the grammatical complexity of the remaining part of the statement, I ask in interpreting States v. Mark II Elecs, if there is any disagreement over the interpretation, that the court diagram it to explicitly specify the association of syntax in order to double-check that it is being parsed without inconsistency, and so that it makes semantic sense.

Like a middle school algebra order of operations problem, I show with parentheses the correct interpretation here:

"((it is designed also to protect other compelling public interest(--not necesarily of constitutional proportions--))in prosecution of (those accused of crime) (without procrastination of which ["which" referring either to compelling public interest or prosecution] (processes of law are sometimes guilty.)))"

Although I do not consider the processes of the United States represented as such to be processes of law, I believe the quote means to refer by "processes of law" as the United States would, to refer to the proceedings against the defendant, in other words, which is why the quote refers to the "processes of law" as "sometimes guilty".

In other words, meeting basic standards of sensible behavior with respect to time *ought* to serve as a crucible to catch greater problems with the proceedings against the defendant!

I'm told that the current schedule, even all other considerations aside, for trial, overreaches the Speedy Trial act deadlines, simply because Judge Bredar did not have an opening. I object.

A part of this picture that has fallen by the wayside so far is the issue of medical neglect.

FDC Philadelpohia 700 Arch St Philadelphia

no fax no email no phone number

Justice aka Ziz called by US "Jack A LaSota"

/s/ Ziz aka Justice called by US "Jack A LaSota"

proposed order:

Count 1 is dismissed with prejudice.

It is ordered that defendant shall be released from United States detention.